Opinion by SHARPE, J.

---

# Georgia Home Ins. Co. *v.* Boykin *et al.*

APPEAL from Montgomery Circuit Court.

Tried before the Hon. JOHN R. TYSON.

TOMPKINS & TROY, for appellant.

W. S. THORINGTON and J. M. CHILTON, for appellee.

This was an action of assumpsit brought by the appellant against the appellees. The only rulings presented for review on the present appeal were upon the evidence sought to be introduced by the plaintiff. These rulings being adverse to the plaintiff, the plaintiff took a non-suit with bill of exceptions. There was judgment rendered in favor of the defendants.

Judgment affirmed.

Opinion by HARALSON, J.